THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ALVAREZ, Appellant. [852 NYS2d 845]—

Contrary to the defendant's contentions, the Supreme Court's determination to designate the defendant a level three sex offender was supported by clear and convincing evidence, based on the facts and admissions contained in the pre-sentence investigation report, the case summary, and the risk assessment instrument of the Board of Examiners of Sex Offenders (*see* Correction Law § 168-n; *People v Yarborough,* 43 AD3d 1129, 1130 [2007], *lv denied* 9 NY3d 816 [2007]; *People v Penson,* 38 AD3d 866, 867 [2007]; *People v Romana,* 35 AD3d 1241 [2006]; *People v Carlton,* 307 AD2d 763, 764 [2003]). Spolzino, J.P., Angiolillo, Balkin and Leventhal, JJ., concur.